JOSEPH CICOT, ET AL.,
*versus* GABRIEL GODFROY, ADMINISTRATOR OF THE
ESTATE OF AGATHA CICOT, DECEASED, ET AL.

JOURNAL ENTRIES (1818–24): *Journal 2:* (1) Continued *p. 599; (2) pendency of bill ordered published, rule to answer *p. 633; (3) rule to answer on oath *p. 698. *Journal 3:* (4) Continued *p. 266. *Chancery Journal:* (5) Continued *p. 53. *Journal 3:* (6) Settled, bill dismissed *p. 496.
PAPERS IN FILE: (1) Precipe for subpoena; (2) subpoena and return. *Chancery Case* 6 of 1820.

CHARLES VERMET, MARIE VERMET, CHARLES BARON, MARGARET VERMET, JEAN BAPTISTE LA JEUNESSE, JOSEPH VERMET, JEAN BAPTISTE VERMET, THERESE VERMET, JOSEPH ALBERT, DIT PERROTT, JOSETTE VERMET, JEAN BAPTISTE ROBIDOUX, VITAL VERMET, ALEXIS VERMET, MARIE LOUISE VERMET AND MARIE JEAN VERMET, INFANTS REPRESENTED BY JOSETTE VERMET, WIDOW AND RELICT OF JOSEPH VERMET, DECEASED, AS THEIR GUARDIAN, AND HEIRS AT LAW OF JOSEPH VERMET, DECEASED, AND JOSETTE VERMET, WIDOW, *versus* JOHN McDONELL AND ANN McDONELL

JOURNAL ENTRIES (1818–22): *Journal 2:* (1) Continued *p. 599; (2) rule to answer *p. 616; (3) pendency of bill ordered published, rule to answer *p. 631; (4) rule to answer on oath *p. 696. *Journal 3:* (5) Continued *p. 266; (6) dismissed *p. 293. *Chancery Journal:* (7) Discontinued *p. 53.
PAPERS IN FILE: (1) Subpoena for plaintiffs and return; (2) subpoena for defendants and return; (3) writ of injunction.
*Office Docket*, MS p. 57, c. 1. (Case 4 of 1820)